**Dismissed and Memorandum Opinion filed May 9, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00117-CV

---

### JOE GUADALUPE VASQUEZ AND MARIA GUADALUPE VASQUEZ, Appellants

### V.

### AMALIA PUGA, EDGAR PUGA, JUAN TAPIA, STATE BOND & MORTGAGE CO., Appellees

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2010-37844**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 14, 2011. The clerk's record was filed May 24, 2012. No payment arrangements were made for the reporter's record. On February 28, 2013, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless appellants, within 15 days of notice, provided this court with proof of

payment for the record.  *See* Tex. R. App. P. 37.3(c).  Appellants filed no reply and no reporter's record was filed.

On March 21, 2013, this court issued an order stating that unless appellants submitted a brief, together with a motion reasonably explaining why the brief was late, on or before April 22, 2013, the court would dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

Appellants filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Frost and Donovan.